FILED

09/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0455

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 24-0455

IN THE MATTER OF UNFAIR LABOR PRACTICE COMPLAINT
2023DRS00256.

MITCHELL MCBROOM and BARBARA LEWIS-BACA,
PETITIONERS/APPELLANTS,

v.

MONTANA BOARD OF PERSONNEL APPEALS and MISSOULA URBAN
TRANSPORTATION DISTRICT, RESPONDENTS/APPELLEES.

On Appeal from the Fourth Judicial District Court, Missoula County
Hon. District Court Judge Jason Marks

ORDER

Upon consideration of Appellants' unopposed motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted an extension of time through October 7, 2024, inclusive, to file their opening brief on appeal.

Electronically signed and dated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 3 2024